# MINUTE ORDER

Page 5

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**                Date: 2/28/2020   Time: 2:00 p.m.

Defendant:  RICHARD A. BENNETT        J#: 80414-007   Case #: 20-2314-MJ-TORRES

AUSA: Dwayne Williams                    Attorney: _____

Violation: SUPERIOR COURT OF D.C./BENCH WARR/POSSES W/I   Arrest Date: 2/27/2020   YOB: 1968
TO DIST MARIJUANA-FEL

Proceeding:  Initial Appearance            CJA Appt: _____

Bond/PTD Held: ⌒ Yes   ⌒ No      Recommended Bond: _____

Bond Set at: _____        Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs        Language:  ENGLISH

☐ Report to PTS as  directed/or _____ x's a week/month by
   phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial
   Services
   Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or
   Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits,
   religious, employment

☐ Travel extended to: _____

☐ Other: _____

Disposition:
 Defendant advises he will retain
counsel.  Defendant held Temporary
Pretrial Detention @ Government
request

Time from today to _____ excluded
from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| *Report RE Counsel:* | 3/4/20 | 10:00 am | Miami Duty | |
| *PTD Hearing:* | 3/4/20 | 10:00 am | Miami Duty | |
| *Status Re: Removal:* | 3/4/20 | 10:00 am | Miami Duty | |
| Status Conference RE: | | | | |

D.A.R. 14:18:40                    Time in Court: 2

s/Edwin G. Torres                    Magistrate Judge